FILED

2021 Jul-14  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER HILL,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **5:20-cv-01389-HNJ** |
| | ) | |
| **SEQUIUM ASSET SOLUTIONS,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## PARTIES' JOINT STATUS REPORT

**COMES NOW** the Parties, by and through their respective counsel and pursuant to the Court's Order [Doc. 23], hereby state the following:

1.      This case was mediated on May 20, 2021.

2.      Per the Mediation Agreement, the Defendant was given sixty (60) days from May 20, 2021, to compete the settlement.

3.      Parties respectfully request the Court to grant an additional thirty (30) days to finalize the settlement.

Respectfully submitted on July 14, 2021.

/s/ *W. Whitney Seals*
W. Whitney Seals,
Attorney for Plaintiff

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
FACSIMILE: (205) 323-3906
filings@cochrunseals.com

/s/ *L. Jackson Young*
L. Jackson Young,
Attorney for Defendant

**OF COUNSEL:**
**MOORE, YOUNG, FOSTER & HAZELTON**, LLP
1122 Edenton Street
Birmingham, AL 35242
Telephone: (205) 879-8722
Fax: (205) 879-8831
nmoore@my-defense.com
jyoung@my-defense.com