FILED
2021 Aug-13 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER HILL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CASE NO. 5:20-cv-01389-HNJ** |
| | § | |
| **SEQUIUM ASSET SOLUTIONS, LLC, AT&T MOBILITY, LLC,** There may be other entities whose true names and identities are unknown to the Plaintiff at this time, who may be legally responsible for the claim(s) set forth herein and who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations or other partnerships, limited liability companies, etc. The symbol by which these parties defendants are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterizations of the symbol applies to more than on "entity." In the present action, the party Defendants which the Plaintiff must include by descriptive characterization are as follows: DEFENDANT A, and B, the correct designation of the person or entity known as or doing business as SEQUIUM ASSET SOLITIONS, LLC; DEFENDANTS C and D, the correct designation of the person or | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

{W0692541.1 }

| | |
|---|---|
| **entity known as AT&T MOBILITY, LLC,;** | § |
| **all of whose true and correct names are** | § |
| **otherwise unknown at this time, but will be** | § |
| **added by amendment when ascertained;** | § |
| | § |
| *Defendants.* | |

# PARTIES' JOINT STATUS REPORT

COME NOW all parties, Plaintiff Christopher Hill and Defendants Sequium Asset Solutions, LLC and AT&T Mobility, LLC, and pursuant to the Court's July 15, 2021 order [doc. 25], jointly notify the Court as follows:

1. The Parties have reached a settlement of all of Plaintiff's claims asserted against both Defendants and have finalized the written agreement between them.

2. On August 9, 2021, Plaintiff provided to Defendants the signed Compromise Settlement Agreement and Release ("CSAR").

3. Pursuant to the terms of the CSAR, payment will be sent to Plaintiff within 60 days of Defendants' receipt of the signed CSAR, or by October 8, 2021.

4. The Parties therefore anticipate filing their joint stipulation of dismissal with prejudice on or before October 8, 2021.

5. The Parties respectfully request that the Court grant them until October 8, 2021, to file the stipulation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Christopher Hill and Defendants Sequium Asset Solutions, LLC and AT&T Mobility, LLC respectfully request that the Court enter an order consistent with the above.

Date: August 13, 2021 Respectfully submitted,

/s/ Whitney Seals
W. Whitney Seals
*Counsel for Plaintiff Christopher Hill*

**OF COUNSEL:**
COCHRUN & SEALS, LLC
Post Office Box 10448
Birmingham, Alabama 35202-0448
Telephone: (205) 323-3900
Telecopier: (205) 323-3906
Email: filings@cochrunseals.com

Date: August 13, 2021 Respectfully submitted,

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
*Counsel for Defendants*

**OF COUNSEL:**
MOORE YOUNG FOSTER & HAZELTON, LLP
1122 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 879-8722
Telecopier: (205) 879-8831
Email: jyoung@my-defense.comp