# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HILL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | 5:20-cv-01389-HNJ |
| ) | |
| SEQUIUM ASSET SOLUTIONS, ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## PARTIES' JOINT STIPULATION OF DISMISSAL

**COME NOW** the Parties in the above-styled cause, by and through their attorneys of record, and hereby request this case be dismissed, *with prejudice*, against the Defendants, with costs taxed as paid.

Respectfully submitted on January 4, 2022.

_____
W. Whitney Seals,
Attorney for Plaintiff

OF COUNSEL:
COCHRUN & SEALS, LLC
P. O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
E: filings@cochrunseals.com

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr.
Attorney for Defendant

**OF COUNSEL:**
**MOORE, YOUNG, FOSTER & HAZELTON, LLP**
1122 Edenton Street
Birmingham, AL 35242
Telephone: (205) 879-8722
Fax: (205) 879-8831
nmoore@my-defense.com
jyoung@my-defense.com