# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER HILL,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**SEQUIUM SOLUTIONS, LLC, et al.,** )<br>)<br>Defendants. ) | **Case No.: 5:20-cv-1389-AKK** |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action with prejudice, with costs taxed as paid.

DATED: 1/7/2022

SHARON N. HARRIS, CLERK

By: <u>Karen Humphrey</u>
        Deputy Clerk